UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                Plaintiff,        Case No. 23-cr-20253

v.                                      Judith E. Levy
                                      United States District Judge

D-1 Deangelo Jackson-Portwood,
D-2 Anton Greenwood,              Mag. Judge David R. Grand
D-3 Adartha Tillman,
D-4 Timothy Boyle,
D-5 Tyrone Boyle,
D-6 Christopher Lindsay,
D-7 Taurean Davis,
D-8 Maurice Brown-Portwood,

                Defendants.

_____/

**ORDER GRANTING IN PART THE GOVERNMENT'S
MOTION TO SEAL AND/OR REDACT IN PART [205]**

Before the Court is the government's motion to seal and/or redact in part. (ECF No. 205.) The government seeks to seal and/or redact in part the following:

| ECF No. | Proposed Portions for Seal/Redaction | Document |
|---|---|---|
| 132 | List of Forfeiture Property at PageID. 381–390 | First Forfeiture Bill of Particulars |

| ECF No. | Proposed Portions for Seal/Redaction | Document |
|---|---|---|
| 161 | List of Forfeiture Property at PageID. 812–823 | Stipulated Preliminary Order of Forfeiture (D-3) |
| 175 | List of Forfeiture Property at PageID. 1058–1069 | Stipulated Preliminary Order of Forfeiture (D-8) |
| 176 | List of Forfeiture Property at PageID. 1082–1088 | Judgment (D-8) |
| 177 | List of Forfeiture Property at PageID. 1090–1101 | Stipulated Preliminary Order of Forfeiture (D-6) |
| 178 | List of Forfeiture Property at PageID. 1107–1118 | Stipulated Preliminary Order of Forfeiture (D-1) |
| 188 | List of Forfeiture Property at PageID. 1317–1322 | Amended Judgment (D-8) |

(*Id.* at PageID.1609–1610.) The government states that "[d]ue to inadvertent error, the above filings, orders, and judgments (collectively referred to herein as the 'Docket Entries'), contain the full names of victims in the instant matter, including associated banks and partial account information, inconsistent with provisions of the Crime Victim Rights' Act (CVRA), 18 U.S.C. § 3771(a)(8)." (ECF No. 205, PageID.1610.) The government asks that a document identified as "Exhibit A" be appended to the Docket Entries "[t]o limit the seal/redactions so that they are no broader than necessary and

maintain public access to the greatest extent possible to the Docket Entries." (*Id.* at PageID.1610–1611; *see id.* at PageID.1616–1625 (Exhibit A).)

Having reviewed the materials provided by the government, the Court finds that the Docket Entries contain victim identifying information that may be sealed pursuant to Eastern District of Michigan Local Rule 5.3 and the standard set forth in *Shane Group, Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 306 (6th Cir. 2016) ("[T]he interests in support of nondisclosure are compelling, . . . the interests supporting access are less so, and . . . the seal itself is no broader than necessary[.]"). Accordingly, the government's request to seal and/or redact portions of the Docket Entries that contain victim identifying information is GRANTED.

However, the Court is unable to seal or redact portions of the Docket Entries. Nor can the Court append an exhibit to each of them. Accordingly, the government's request that the Court seal and/or redact parts of the Docket Entries and append Exhibit A to them is DENIED.

For the reasons set forth above, the government's motion to seal and/or redact in part (ECF No. 205) is GRANTED IN PART. To

3

accomplish the sealing and/or redacting requested by the government and allowed by the Court,

- The Court directs the Clerk's Office to seal ECF Nos. 132, 161, 175, 176, 177, 178, and 188.

- The government must refile the First Forfeiture Bill of Particulars in ECF No. 132 with the victim identifying information redacted as reflected in Exhibit A.

- The government must resubmit for the Court's consideration the Stipulated Preliminary Orders of Forfeiture in ECF Nos. 161, 175, 177, and 178 with the victim identifying information redacted as reflected in Exhibit A.

- Amended judgments will be entered as to ECF Nos. 176 and 188 with the victim identifying information redacted as reflected in Exhibit A.

IT IS SO ORDERED.

Dated: August 1, 2025            s/Judith E. Levy
    Ann Arbor, Michigan          JUDITH E. LEVY
                                 United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 1, 2025.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
